```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
 UNITED STATES OF AMERICA,                  :
                                            :         03-CR-1501 (VEC)
          -against-                         :
                                            :
 PAUL THOMPSON,                             :         ORDER
                                            :
                              Defendant.    :
------------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 06/22/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 18, 2020, the Court received an amended violation report for Mr. Paul Thompson;

WHEREAS Mr. Thompson is expected to be presented and arraigned before a magistrate judge during the week of June 22, 2020; and

WHEREAS the Court anticipates resuming in-person proceedings next month;

IT IS HEREBY ORDERED THAT the parties must appear for a status conference on Mr. Thompson's alleged violations of supervised release on **July 22, 2020, at 11:00 A.M.**

**SO ORDERED.**

Date:  June 22, 2020
       New York, New York

_____
**VALERIE CAPRONI
United States District Judge**